**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**JANE ANNE TEMPLETON**                                                                    **PETITIONER**


**v.**                                         **CIVIL NO.**          **3:09-CV-03018**


**MICHAEL J. ASTRUE, Commisioner**
**Social Security Administration**                                                      **RESPONDENT**

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss plaintiff's case with prejudice.  **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 22nd day of January 2010.


                                                   /s/ *J. Marschewski*
                                                   HON. JAMES R. MARSCHEWSKI
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE